UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | Master Docket<br>1:13-MD-2476 (DCL)<br><br>ECF CASE |
| This Document Relates to:<br>1:13-cv-07450-DLC<br>1:13-cv-07465-DLC<br>1:13-cv-07647-DLC<br>1:13-cv-06116-DLC<br>1:13-cv-07640-DLC | |

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE OF**
**CREDIT SUISSE AG**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Credit Suisse AG states that Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland and whose shares are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares. No publicly held company owns more than 10% of Credit Suisse Group AG.

Dated: November 18, 2013    Respectfully Submitted,

By: /s/ J. Robert Robertson
    J. Robert Robertson
    Hogan Lovells US LLP
    555 13th St. NW
    Washington, DC 20004
    T: (202) 637-5600
    F: (202) 637-5910

*Counsel for Credit Suisse AG*